**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No.4:05CR22SNL/AGF |
| ) | |
| **NICOLE FULSOM,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Having received no objections by the defendant,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Audrey G. Fleissig's Report and Recommendation (#25), filed July 27, 2005 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence (#13) be and is **DENIED.**

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements (#14) be and is **DENIED.**

**IT IS FINALLY ORDERED** that this cause of action remains set for trial on the Court's jury trial docket of August 29, 2005.

Dated this   23rd   day of August, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -